CASE UNSEALED PER ORDER OF COURT

FILED

2012 JUN 21 PM 4:52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____*Van*_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2011 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. ___1 2 CR 2 4 9 7 AJB___ |
| Plaintiff, | ) ) | I N D I C T M E N T |
| v. | ) ) | Title 26, U.S.C., Sec. 7212(a) - Corrupt Interference with |
| JAMES FRANCIS MURPHY (1), DENINE CHRISTINE MURPHY (2), | ) ) ) | Administration of the Internal Revenue Laws; Title 18, U.S.C., Sec. 514 - Fictitious Financial |
| Defendants. | ) ) ) | Obligations; Title 18, U.S.C., Sec. 287 - False Claims; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The Grand Jury charges:

ALLEGATIONS COMMON TO ALL COUNTS

1.   At all times material to this Indictment, defendants JAMES FRANCIS MURPHY and DENINE CHRISTINE MURPHY were husband and wife.

2.   At all times material to this Indictment, defendant JAMES FRANCIS MURPHY was an osteopathic physician licensed to practice in California and Nebraska.

3.   At all times material to this Indictment, defendant JAMES FRANCIS MURPHY conducted a for-profit medical practice in Encinitas, California, and in Omaha, Nebraska.

//

//

SPC:lml:San Diego
6/19/12

4.   At all times material to this Indictment, the Internal Revenue Service (IRS) was the agency of the United States Department of the Treasury responsible for administering and enforcing the tax laws of the United States.

<u>Count 1</u>

<u>CORRUPT INTERFERENCE WITH ADMINISTRATION OF THE INTERNAL REVENUE LAWS</u>
[26 U.S.C. § 7212(a)]

Beginning on a date unknown to the grand jury, but no later than September 2000, and continuing to at least June 21, 2012, in the Southern District of California and elsewhere, defendants JAMES FRANCIS MURPHY and DENISE CHRISTINE MURPHY did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by:

(a) using Cornerstone Progressive Health (CPH), a sham trust, that is a trust with no economic purpose other than unlawfully evading the payment of federal income taxes, to hide the income earned from the practice of medicine by defendant JAMES FRANCIS MURPHY from the Internal Revenue Service (IRS);

(b) filing with the IRS false U.S. Income Tax Returns for Estates and Trusts, Forms 1041, for calendar years 2003 through 2005, on behalf of CPH;

(c) filing with the IRS a fraudulent U.S. Individual Income Tax Return, Form 1040, for calendar year 2003, which falsely reported an adjusted gross income of -$8,021;

(d) presenting to the IRS fictitious "Bonded Promissory Notes" in payment of their federal income taxes due for calendar years 2003, 2004, and 2005;

//

2

1   (e) filing with the IRS false U.S. Individual Income Tax Returns,

2   Forms 1040, for calendar years 2005, 2006, and 2007 that falsely claimed

3   tax refunds of $461,940.20 (2005), $460,303.74 (2006), and $314,102.90

4   (2007), to which defendants JAMES FRANCIS MURPHY and DENINE CHRISTINE

5   MURPHY were not entitled;

6   (f) presenting to the IRS fictitious financial instruments,

7   titled "Private Discharging and Indemnity Bonds," in payment of their

8   federal income taxes due for calendar years 2003, 2004, 2005, and

9   2006;

10   (g) presenting to the IRS fictitious financial instruments,

11   titled "money orders," in payment of their federal income taxes due;

12   (h) presenting to the IRS numerous Notices Concerning Fiduciary

13   Relationship, IRS Forms 56, falsely identifying the Secretary of the

14   Treasury as the fiduciary for defendants JAMES FRANCIS MURPHY and

15   DENINE CHRISTINE MURPHY, and bearing the forged signature of the

16   Secretary of the Treasury; and

17   (i) sending false, written accusations of criminal conduct to an

18   employee of the IRS in order to intimidate the employee from

19   performing his official duties.

20   All in violation of Title 26, United States Code, Section 7212(a).

21                               Count 2

22                  FICTITIOUS FINANCIAL OBLIGATIONS
                          [18 U.S.C. § 514]
23

24   On or about February 14, 2008, in the Southern District of

25   California and elsewhere, defendant JAMES FRANCIS MURPHY did, with the

26   intent to defraud, pass, utter, present, and offer, and attempt to

27   pass, utter, present, and offer a false and fictitious document

28   appearing, representing and purporting to be an actual security or

3

1  financial instrument issued under the authority of the United States
2  by mailing and causing to be mailed to the Internal Revenue Service
3  a "Bonded Promissory Note" in the face amount of $763,622 as payment
4  for taxes due for calendar year 2003 on behalf of Cornerstone
5  Progressive Health.
6  All in violation of Title 18, United States Code, Sections 514 and 2.
7                                  Count 3
8                    FICTITIOUS FINANCIAL OBLIGATIONS
                            [18 U.S.C. § 514]
9
10      On or about February 14, 2008, in the Southern District of
11 California and elsewhere, defendant JAMES FRANCIS MURPHY did, with the
12 intent to defraud, pass, utter, present, and offer, and attempt to
13 pass, utter, present, and offer a false and fictitious document
14 appearing, representing and purporting to be an actual security or
15 financial instrument issued under the authority of the United States
16 by mailing and causing to be mailed to the Internal Revenue Service
17 a "Bonded Promissory Note" in the face amount of $785,482 as payment
18 for taxes due for calendar year 2003 on behalf of defendants JAMES
19 FRANCIS MURPHY and DENINE CHRISTINE MURPHY.
20 All in violation of Title 18, United States Code, Sections 514 and 2.
21                                 Count 4
22                    FICTITIOUS FINANCIAL OBLIGATIONS
                            [18 U.S.C. § 514]
23
24      On or about February 14, 2008, in the Southern District of
25 California and elsewhere, defendant JAMES FRANCIS MURPHY did, with the
26 intent to defraud, pass, utter, present, and offer, and attempt to
27 pass, utter, present, and offer a false and fictitious document
28 appearing, representing and purporting to be an actual security or

4

1  financial instrument issued under the authority of the United States

2  by mailing and causing to be mailed to the Internal Revenue Service

3  a "Bonded Promissory Note" in the face amount of $948,714 as payment

4  for taxes due for calendar year 2004 on behalf of defendants JAMES

5  FRANCIS MURPHY and DENINE CHRISTINE MURPHY.

6  All in violation of Title 18, United States Code, Sections 514 and 2.

7  Count 5

8  FICTITIOUS FINANCIAL OBLIGATIONS
[18 U.S.C. § 514]
9

10  On or about February 14, 2008, in the Southern District of

11  California and elsewhere, defendant JAMES FRANCIS MURPHY did, with the

12  intent to defraud, pass, utter, present, and offer, and attempt to

13  pass, utter, present, and offer a false and fictitious document

14  appearing, representing and purporting to be an actual security or

15  financial instrument issued under the authority of the United States

16  by mailing and causing to be mailed to the Internal Revenue Service

17  a "Bonded Promissory Note" in the face amount of $937,358 as payment

18  for taxes due for calendar year 2005 on behalf of defendants JAMES

19  FRANCIS MURPHY and DENINE CHRISTINE MURPHY.

20  All in violation of Title 18, United States Code, Sections 514 and 2.

21  Count 6

22  FALSE CLAIMS
[18 U.S.C. § 287]
23

24  On or about April 16, 2008, in the Southern District of

25  California and elsewhere, defendants JAMES FRANCIS MURPHY and DENINE

26  CHRISTINE MURPHY, residents of Encinitas, California, made and

27  presented to the United States a claim for payment of a fraudulent tax

28  refund in the amount of $461,940.20, with knowledge that such claim

was false, fictitious, and fraudulent.  The defendants made the false claim by submitting a U.S. Individual Income Tax Return, Form 1040, for calendar year 2005, based on fictitious Forms 1099-OID, Original Issue Discount, to the United States Treasury Department through the Internal Revenue Service.

All in violation of Title 18, United States Code, Sections 287 and 2.

<u>Count 7</u>

<u>FALSE CLAIMS</u>
[18 U.S.C. § 287]

On or about April 16, 2008, in the Southern District of California and elsewhere, defendants JAMES FRANCIS MURPHY and DENINE CHRISTINE MURPHY, residents of Encinitas, California, made and presented to the United States a claim for payment of a fraudulent tax refund in the amount of $460,303.74, with knowledge that such claim was false, fictitious, and fraudulent.  The defendants made the false claim by submitting a U.S. Individual Income Tax Return, Form 1040, for calendar year 2006, based on fictitious Forms 1099-OID, Original Issue Discount, to the United States Treasury Department through the Internal Revenue Service.

All in violation of Title 18, United States Code, Sections 287 and 2.

<u>Count 8</u>

<u>FALSE CLAIMS</u>
[18 U.S.C. § 287]

On or about April 16, 2008, in the Southern District of California and elsewhere, defendants JAMES FRANCIS MURPHY and DENINE CHRISTINE MURPHY, residents of Encinitas, California, made and presented to the United States a claim for payment of a fraudulent tax refund in the amount of $341,102.90, with knowledge that such claim

1  was false, fictitious, and fraudulent.  The defendants made the false
2  claim by submitting a U.S. Individual Income Tax Return, Form 1040,
3  for calendar year 2007, based on fictitious Forms 1099-OID, Original
4  Issue Discount, to the United States Treasury Department through the
5  Internal Revenue Service.
6  All in violation of Title 18, United States Code, Sections 287 and 2.
7         DATED: June 21, 2012.

A TRUE BILL:

Foreperson

11  LAURA E. DUFFY
    United States Attorney
12
13  By:
        STEPHEN P. CLARK
14      Assistant U.S. Attorney